IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **CHENG CUI,** | : | NO. 13-5897 |
| Defendant. | : | |

## ORDER

AND NOW, this 11th day of July, 2014, upon review of the docket and upon consideration of Plaintiff's failure to move for default judgment or otherwise proceed with this action, it is hereby **ORDERED** that Plaintiff shall either file a motion for default judgment or show cause within **fourteen (14) days** of the date of this Order why the Court should not dismiss Plaintiff's Complaint against Defendant for lack of prosecution.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge