IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **CHENG CUI,** | : | NO. 13-5897 |
| **Defendant.** | : | |

# ORDER

**AND NOW**, this 24th day of October, 2014, upon consideration of Plaintiff's Motion for Default Judgment (Docket No. 10), it is hereby **ORDERED** that the Motion (Docket No. 10) is **GRANTED in part** and **DENIED in part**. The Court orders the following relief:

1. Default Judgment is **ENTERED** against Defendant;

2. Statutory damages in the amount of $18,000.00 are awarded to the Plaintiff for the Defendant's 24 infringements alleged in the amended complaint pursuant to 17 U.S.C. § 504(c)(1) ($750.00 for each infringement);

3. Costs and Attorneys' fees pursuant to 17 U.S.C. § 505 in the amount of $1,677.00 are awarded to the Plaintiff.

4. Defendant shall pay to Plaintiff post-judgment interest on the Court's award of $19,677 at the current legal rate allowed and accruing under 28 U.S.C. § 1961 as of the date of this Default Judgment until the date of its satisfaction;

5. A permanent injunction is entered against the Defendant as follows:

Defendant is permanently enjoined from directly, contributorily or indirectly infringing Plaintiff's rights under federal or state law of Plaintiff's copyrighted works (the "Works"), including, without limitation, by using the internet, BitTorrent or any other online media distribution system to reproduce (*e.g.*, download) or distribute the Works, or to make the Works

1

available for distribution to the public, except pursuant to a lawful license or with express authority of Plaintiff.

Defendant is ordered to destroy all copies of Plaintiff's Works that Defendant has downloaded onto any computer hard drive or server without Plaintiff's authorization, and shall destroy all copies of the Works transferred onto any physical medium or device in Defendant's possession, custody, or control.

6. The Clerk of Court shall mark this matter **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge